# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **ANGELA CONRAD**, | ) | CASE NO. 5:21-cv-00344-CEF |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE |
| | ) | DARRELL A. CLAY |
| **COMMISSIONER OF SOCIAL** | ) | |
| **SECURITY ADMINISTRATION**, | ) | **OPINION AND ORDER ADOPTING** |
| | ) | **MAGISTRATE'S REPORT AND** |
| Defendant. | ) | **RECOMMENDATION** |

On February 12, 2021, Plaintiff Angela Conrad filed a Complaint seeking judicial review of Defendant Commissioner of Social Security's decision to deny her disability insurance benefits and supplemental security income applications (Doc. 1). On April 22, 2022, Magistrate Judge Darrell A. Clay recommended that the Court AFFIRM the Commissioner's final decision (Doc. 15).

Fed. R. Civ. P. 72(b)(2) provides that the parties may object to a Report and Recommendation within fourteen (14) days after service. In this matter, objections were due on May 6, 2022. As of the date of this Order, neither party has objected to the Magistrate Judge's Report and Recommendation.

Under the Federal Magistrates Act, a district court must conduct a *de novo* review of those portions of the Report and Recommendation to which the parties have objected. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). Absent objection, a district court may adopt a Report and Recommendation without further review.

Accordingly, the Court **ADOPTS** Magistrate Judge Clay's Report and Recommendation, incorporating it fully herein by reference, and **AFFIRMS** the Commissioner's final decision.

**IT IS SO ORDERED.**

Date: May 27, 2022

_____
**CHARLES E. FLEMING**
**UNITED STATES DISTRICT JUDGE**

Accordingly, the Court **ADOPTS** Magistrate Judge Clay's Report and Recommendation, incorporating it fully herein by reference, and **AFFIRMS** the Commissioner's final decision.

**IT IS SO ORDERED.**

Date: May 27, 2022

_____
**CHARLES E. FLEMING**
**UNITED STATES DISTRICT JUDGE**